```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ROMANOV,

                Plaintiff,

-v-

LEXISNEXIS RISK SOLUTIONS INC.,

                Defendant.

**ORDER**

25-CV-4731 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated September 11, 2025, this case was referred to the undersigned for settlement. ECF No. 16.

    A conference is scheduled on **September 25, 2025, at 10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 228 909 469#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: September 12, 2025
       New York, New York

                                                  _____
                                                  Henry J. Ricardo
                                                  United States Magistrate Judge