```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ROMANOV,

                    Plaintiff,

          -v-

LEXISNEXIS RISK SOLUTIONS INC.,

                    Defendant.

**ORDER**

25-CV-4731 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

     A settlement conference is scheduled before Magistrate Judge Henry J. Ricardo on **January 21, 2026** at **10:00 a.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007.

     The parties are directed to review and comply with the Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo (the "Procedures"), available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

     By **January 7, 2026**, the parties shall submit to RicardoNYSDChambers@nysd.uscourts.gov their Acknowledgment Form, Ex Parte Settlement Letter, and availability for an Ex Parte Pre-Settlement Call as described

1

in paragraphs 5–7 of the Procedures.  **The Ex Parte Settlement Letter should not be sent to the other parties.**

The parties should exchange their initial settlement demands and responses in advance of their Ex Parte Settlement Letter submissions.

The parties—not just the attorneys—must attend the settlement conference. Corporate parties, labor unions, and insurance companies (or any other party that is not a natural person) must send to the conference the person ultimately responsible for giving settlement authority.  If it would be a great hardship for the party to attend, upon written application in advance of the conference the Court may excuse that party's presence, but will require that party to be available by telephone throughout the settlement conference.

**SO ORDERED.**

Dated: September 25, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge